Joe DELEGAL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 20750.

United States Court of Appeals
Fifth Circuit.

March 30, 1964.

Rehearing Denied May 5, 1964.

Julian Hartridge, Jr., Julian Hart-
ridge, Sr., Savannah, Ga., for appellant.

Donald H. Fraser, U. S. Atty., Richard
C. Chadwick, Asst. U. S. Atty., Savannah,
Ga., for appellee.

Before MAGRUDER,* JONES and
GEWIN, Circuit Judges.

PER CURIAM.

The appellant, convicted after a trial
without a jury, on three counts of an in-
dictment charging possession, in Chat-
ham County, Southern District of
Georgia, of non-tax-paid whiskey, seeks
reversal of three consecutive one-year
sentences. The appellant took the stand,
denied receiving the liquor and denied
knowing the person who testified as to
the deliveries. The defense of entrap-
ment was urged by the appellant at the
trial but has been abandoned here.

■ Although not specifically raised
at the trial, the appellant here urges that
there is no proof which identified him as
the Joe Delegal to whom liquor was de-
livered. While it would have been better
if the witness who testified as to the de-
livery of the whiskey had pointed out the
appellant as the person to whom it was
delivered, the evidence was sufficient to
permit the inference that the defendant
on trial was the person who received the
liquor.

■ It is asserted that venue was not
proved. A witness testified that on No-
vember 15, 1961, he delivered fifty gal-
lons of non-tax-paid whiskey to the home
of Joe Delegal "here in Savannah,
Georgia." He also testified that on No-
vember 17 and November 21, 1961, he
made other deliveries to the home of Joe
Delegal, all of which were accepted by
Delegal. It could be inferred that all de-
liveries were made to the same place in
Savannah. No proof was required that
"here in Savannah" was in Chatham
County, Southern District of Georgia.

There is no error. The judgment of
the district court is

Affirmed.

* Senior Circuit Judge of the First Circuit, sitting by designation.